# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2019

SEAN F. McAVOY, CLERK

STACY B.,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:18-cv-3231-FVS |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendant's Stipulated Motion for Remand, ECF No. 11, is GRANTED.  This case is REVERSED and REMANDED for further administrative proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's Motion for Summary Judgment, ECF No. 10, and the hearing and remaining briefing schedule are vacated as moot.  Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge        Rosanna Malouf Peterson        on a motion for remand.

Date:  June 10, 2019                                    *CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer